**Opinion issued July 27, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-23-00080-CV

———————————

## ARTHUR J. SMITH AND DARLENE SMITH, Appellants

## V.

## ANTHONY SIMPSON, ALAN PATTERSON, AND CORINTH MISSIONARY BAPTIST CHURCH F.K.A MOUNT CORINTH MISSIONARY BAPTIST CHURCH, Appellees

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-37366**

---

## MEMORANDUM OPINION

Appellants, Arthur J. Smith and Darlene Smith, filed separate notices of appeal on January 31, 2023, attempting to appeal a final judgment signed on May 23, 2022. We dismiss the appeal.

Generally, a notice of appeal is due within thirty days after the final judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended

to ninety days after the date the judgment is signed if, within thirty days after the judgment is signed, any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a); TEX. R. CIV. P. 329b(a), (g).

Here, appellants' January 31, 2023 notices of appeal were untimely filed over eight months after the trial court signed its final judgment on May 23, 2022. *See* TEX. R. APP. P. 26.1. Absent a timely filed notice of appeal, our Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1; *Jarrell v. Bergdorf*, 580 S.W.3d 463, 466 (Tex. App.—Houston [14th Dist.] 2019, no pet.).

On May 11, 2023, our Court issued a notice to appellants, advising them that their appeal was subject to dismissal unless appellants filed a response establishing this Court's jurisdiction. *See* TEX. R. APP. P. 42.3(a). On May 15, 2023, one of the appellees—Alan Patterson—filed a motion to dismiss for lack of jurisdiction. Appellants did not respond to either this Court's notice or Patterson's motion to dismiss.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.